## CRIMINAL CAUSE FOR PLEADING

BEFORE:   **VIKTOR V. POHORELSKY**         DATE: 6/03/08      START TIME: 3:20
                                                                                                  END TIME:  4:00

CR 04-966 (FB)

DEFT'S. NAME: Russell Allen                    # 15
X  present      __ not present         X cust.                  __ bail

DEFENSE COUNSEL: Xavier Donaldson
X  present      __ not present         __ CJA        X RET.              __ LAS

A.U.S.A.: Carolyn Pokorny/Brendan King          CLERK: James Toritto
INTERPRETER: _____   (LANG.-_____)

X__   CASE CALLED

DEFT.   X  SWORN   X ARRAIGNED        X INFORMED OF RIGHTS
           X WAIVES TRIAL BEFORE DISTRICT COURT

__    DEFT STATES TRUE NAME TO BE_____. INFORMATION AMENDED.
X     WAIVER OF INDICTMENT EXECUTED FOR DEFT.
X     SUPERSEDING INFORMATION FILED.
__    DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
X     DEFT ENTERS **GUILTY PLEA** TO THE SUPERSEDING INFORMATION.
__    DEFT WITHDRAWS NOT GUILTY PLEA AND ENTERS A **GUILTY PLEA** TO CT(S) ___ OF THE SUPERSEDING INDICTMENT.
X     COURT FINDS FACTUAL BASIS FOR THE PLEA.
X     SENTENCING SET FOR_____ AT_____   X  SET BY PROBATION.
__    BAIL ___SET AT_____ FOR DEFT.   __CONT'D FOR DEFT.
X     DEFT CONT'D IN CUSTODY.
__    CASE ADJ'D TO_____   FOR _____

__    **SPEEDY TRIAL** INFO FOR DEFT      ___ STILL IN EFFECT
      CODE TYPE___    START_____    STOP_____
      __ORDER / WAIVER EXECUTED & FILED.    __ ENT'D ON RECORD.

__    BAIL CONDITIONS MODIFIED AS FOLLOWS:

OTHER: PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE POHORELSKY DID ADMINISTER THE ALLOCUTION. A FINDING HAS BEEN MADE THAT THE PLEA WAS MADE KNOWINGLY AND VOLUNTARILY AND THE PLEA WAS NOT COERCED. THE MAGISTRATE RECOMMENDS THAT THE PLEA OF GUILTY BE ACCEPTED . PLEA AGREEMENT MARKED AS COURT EXHIBIT #1 AND RETURNED TO THE ASSISTANT.