FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 08 2021 ★
BROOKLYN OFFICE

RECEIVED
FEB 08 2021
PRO SE OFFICE

Russell Allen 74365-053
Federal Correctional Complex Low.
Yazoo City. Low PO Box 5000
Yazoo City, MS 39194

Honorable District Court Judge
Fredric Block.
225 Cadman Plaza East.
Brooklyn New York 11270

Case # 04-CR-966

Dear Judge Block, I am writing you today. Respectfully Requesting that you correct a Grave mistake in my sentence. Furthermore, I am Requesting that this letter Do Not Get construwed as a Second and Successive 2255, and Be taking as it is Intended. A Letter For Mercy and Justice.

Judge Block on June 3rd 2008. I plead guilty to One Count of Racketeering in accordance with 18 USC 1962 (c). My Base offense Level was 19 For violation of 2E1.1. However Because my Racketeering act was murder. They applied the most agrologus offense. 2A1.1 murder which placed my Base offense level at Level 43.

I was then granted a 4 level Reduction For minimal Role which Should have Brought my offense level to a 39. I then plead guilty and recieved 3 levels For aceptance of Responsibility which should have landed my Final Guidlines Catagory III level 36, 235-293 months. I was Sentenced to the low ~~from the level 11 ×ΣΙΙΙ to the level 43 for~~ 2A1.1 Then the 4 levels For minimal Role was Somehow Ignored? Not only was my 4 levels Ignored I was Enhanced 2 Levels For Grouping of multipule counts, to a level 45. Which is not even a Number on the Sentencing guidlines Chart!! Dispite Pleading Guilty to a Single Count Indicment?

I was then given 3 Levels For accepentance of Responsibility Bringing my level down to a 42 From a 45. Instead of the level 36 you intended on when you granted me the 4 level Reduction For minimal Role.

Judge Block I have 15 years in coustdy and iF you correct this mistake, I would be Returning home to Father my Daughter who was Born one month after my incarceration. and Care For my Elderly mother as well as Put my Diploma Degree to work with the youth in the Suburbs of Georgia. Far From New York

and the things, the people that got me in trouble in the first place. Also Judge Block, Alvin Smiley, Barry Broughton, Emanuel Mosley, and Climentte Jordan, were my co-defendants. Whom you sentenced to time served in prison. Dispite all of them pleading Guilty to Far more Hanous Crimes then me. You Stated in my Sentencing transcripts that you believed I Showed true Contrition and deserved another Chapter to my life.

You told the courts that if you was the Government you would have done thing different. then the Government did in this case. Your Honor if I may. level 36 Catagory III Guidelines are ~~235-293~~ 235-293. If you Sentenced me to the Low End as you did Nov 12 2009. I would have recived 235 months, I have 175 months Incarcerated to date. with my good conduct time and halfway house or home confinement I will be returning to my family the Summer of 2023. I will be able to attend my Daughters High School Graduation. As well as attend my Mother's 77 Birthday. as well as have Spent over 200 months in Federal Prison paying for my Crimes. I'm Begging you Judge Block. Please Correct my Sentence. Respectfully. So I can get my life Back on Track as you intended.

Russell Allen
*Russell Allen*

Russell Allen 74365-053
Federal Correctional Complex
Yazoo City Low.
PO Box 5000
39194                Yazoo City, MS

JACKSON MS 390
29 JAN 2021 PM 1 L

United States District Court
Honorable Judge Frederic Block
225 Cadman Plaze East
Brooklyn New York 11270